## El Pueblo *v.* Guzmán et al.

Apelación procedente de la Corte de Distrito de

Guayama.

No. 49. Resuelto en Noviembre 20, 1905.

Apelación.—Excepciones.—El Tribunal Supremo no puede tomar en consideración, al resolver una apelación, aquellas excepciones que no afecten los derechos substanciales del acusado.

Id.—Pena impuesta al acusado.—El Tribunal Supremo no modificará en una apelación la pena impuesta al acusado, por la Corte inferior, en uso de su facultad discrecional, dentro de los límites que señala la ley, si no se hubiere justificado que ha habido abuso en el ejercicio de tal facultad.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Hernández, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por José Guzmán y Aureliano Ortiz contra sentencia de la Corte de Distrito de Guayama que les condenó en juicio por jurados, como culpables del delito de asesinato en segundo grado, en primero de abril último, á la pena de re-

clusión perpetua en el Presidio Departamental de esta isla, y á la de quince años de presidio con trabajos forzados respectivamente.

La acusación fué formulada en los siguientes términos:

"En nombre y por la autoridad del Pueblo de Puerto Rico.—Estados Unidos de América. El Presidente de los Estados Unidos.—SS.—En la Corte de Distrito del Distrito Judicial de Guayama, á siete de febrero de 1905.—El Pueblo de Puerto Rico contra José Guzmán, Aureliano Ortiz, Monserrate Cintrón.—El Fiscal formula acusación contra José Guzmán, Aureliano Ortiz, conocido por Toto, y Monserrate Cintrón, conocido por Moncho, por el delito de asesinato en primer grado, comprendido en el artículo 201 del Código Penal vigente, cometido como sigue:—En Salinas, barrio de Lapas, de este Distrito Judicial, el día 25 de diciembre de 1904, los acusados José Guzmán, Aureliano Ortiz y Monserrate Cintrón, con malicia, premeditación y deliberadamente, sorprendieron y atacaron á Juan Amorós, le robaron el dinero que llevaba, que no ha podido determinarse, le fracturaron los huesos temporal, parietal y occipital, de cuyas heridas y fracturas falleció el día siguiente. Este hecho, es contrario á la ley para tal caso prevista, y á la paz y dignidad del Pueblo de Puerto Rico.—Ramón Nadal, Fiscal del Distrito.—La acusación que antecede está basada en el testimonio de testigos examinados bajo juramento ante mí, creyendo solemnemente que existe justa causa para presentarla al Tribunal.—Ramón Nadal, Fiscal del Distrito.—Jurada ante mí y firmada hoy día 8 de marzo de 1905.—Francisco Morales, Secretario del Tribunal de Distrito de Guayama."

Los reos negaron dicha acusación, y después de haber sido excluido del juicio Monserrate Cintrón, de conformidad con el artículo 239 del Código de Enjuiciamiento Criminal, se practicaron las pruebas, se oyeron las alegaciones de las partes y la corte dió sus instrucciones al jurado sobre las cuestiones de derecho aplicables al caso, habiendo el jurado pronunciado su veredicto declarando culpables de asesinato en segundo grado á Guzmán y á Ortiz, los cuales fueron condenados á las penas ya expresadas:

Durante la celebración del juicio, las defensas de los acusados Guzmán y Ortiz tomaron varias excepciones que fueron consignadas en el correspondiente pliego, aprobado por el juez, cuyo pliego dice así:

"Corte de Distrito de Guayama.—El Pueblo de Puerto Rico, versus José Guzmán, Aureliano Ortiz, Monserrate Cintrón.—Asesinato en primer grado.—Be it known.—Que en las sesiones de la Corte de Guayama, llevadas á cabo los días 28 de marzo y 29, de 1905, en el juicio seguido contra los acusados arriba dichos, las defensas de los acusados tomaron las siguientes excepciones.—1a. El Ministerio Fiscal le pregunta al testigo Genaro Dones si no recordaba haber encontrado con Maricolla (la querida del interfecto Amorós) un paquetito con dinero. La defensa de José Guzmán se opuso á esta pregunta. La Corte la declaró pertinente. La defensa tomó excepción de la decisión de la Corte.—2a. La defensa de Guzmán le preguntó al testigo Genaro Dones si era ó no cierto que cuando él declaró ante el Fiscal la primera vez, no le hizo las manifestaciones de su encuentro con Juan Amorós (el interfecto) de las palabras que pronunciaron y las demás manifestaciones que acababa de hacer el Sr. Fiscal. El Fiscal se opuso á la pregunta. La Corte sostuvo la oposición del Ministerio Fiscal. La defensa tomó excepción.—3a. La defensa de José Guzmán le preguntó al testigo Genaro Dones, cuándo fué que él declaró ante el Fiscal relatando los hechos tal como los estaba relatando en aquel momento en la sala. El Fiscal se opuso á la pregunta. La Corte sostuvo la oposición. La defensa tomó excepción de la decisión de la Corte.—4a. La defensa de Guzmán le preguntó al testigo Dones qué fué eso que dijo Amorós (el interfecto) dos á caballo, peso, peso, y cuándo fué que lo dijo, si fué cuando venía Maricolla. El Fiscal se opuso á la pregunta. La Corte sostiene la oposición por haber sido contestada ya por el testigo. La defensa tomó excepción de la decisión de la Corte.—5a. Moción. El Ministerio Fiscal, fundándose en el artículo 239 del Código de Enjuiciamiento Criminal, solicita de la Corte la exclusión del procesado Monserrate Cintrón, para convertirle en testigo del Pueblo de Puerto Rico. El abogado defensor de José Guzmán solicita de la Corte se le permita hacer sus alegaciones de derecho acerca de la solicitud que hace á la Corte el Ministerio Fiscal. La Corte niega la petición de la defensa, ordenando á la vez la exclusión en este proceso del acusado Monserrate Cintrón para que sirva como testigo. En virtud de la negativa de la Cor-

te, la defensa tomó excepción.—6a. El Ministerio Fiscal le hizo al testigo Antonio Santiago, la siguiente pregunta: El día ese que tuvo noticia de que estropearon á Juan Amorós, recuerda usted haber visto ese día á José Guzmán y á Aureliano Ortiz. La defensa de Guzmán se opuso á la pregunta. La Corte la declaró pertinente. El Letrado tomó excepción.—7a. Le pregunta la defensa de Aureliano Ortiz al testigo Desiderio Aponte, que si cuando la mujer le trajo el recado que le mandaba la querida de Juan Amorós, de que habían golpeado á Juan Amorós, si todos los que había en su casa oyeron lo que ella dijo. El Fiscal se opuso á la pregunta. La Corte sostiene la oposición que el testigo puede declarar respecto á la situación de todas las personas cuando hablaba ella, pero la pregunta en la forma redactada requiere una apreciación del testigo. La defensa tomó excepción de la decisión de la Corte.—8a. Le pregunta la defensa de Aureliano Ortiz al mismo testigo acerca de la mujer que trajo la noticia de la desgracia de Juan Amorós. La pregunta es: ¿qué fué lo que dijo la mujer? El Fiscal se opuso á la pregunta. La Corte sostuvo la oposición en la forma redactada, que podía declarar que avisó de tal y tal hecho, pero las palabras de ella no son necesarias. La defensa tomó excepción.—9a. Le pregunta la defensa de José Guzmán al testigo Luis Ortiz, si cuando él estaba en la cárcel, le fueron á tomar declaración en este asunto ó si él mandó á llamar al Sr. Fiscal. La Corte declaró impertinente la pregunta. La defensa tomó excepción de la decisión de la Corte.—10a. Le pregunta el Ministerio Fiscal á la testigo Bautista Ortiz, si recordaba haber estado la noche del suceso en la casa de Juan Amorós, á lo que contestó la testigo que habían estado ella y su hermana. Le pregunta el Fiscal que de qué se había enterado allí. La defensa de Aureliano Ortiz, se opuso á esta pregunta. La Corte la declaró pertinente. La defensa tomó excepción.—11a. El testigo Monserrate Cintrón, manifiesta á la Corte que como entre ocho ó siete, se encontraron él y los acusados con Juan Amorós (el interfecto) y que Amorós le dijo á Pepe Guzmán que cuándo le pagaba la cuentecita, y que entonces, Pepe (el acusado Guzmán) le dijo, la defensa de Guzmán se opuso á que manifestara el testigo lo que dijo Pepe Guzmán. La Corte admitió la declaración. La defensa tomó excepción.—12a. La defensa de José Guzmán, le pregunta al testigo Monserrate Cintrón (que fué el acusado excluído por la Corte) qué efecto le habían producido la acusación cuando el Señor Fiscal le había dado lectura. La Corte declaró impertinente la pregunta. La defensa tomó excep-

ción de la decisión de la Corte.—Y para entregar á la Corte para su aprobación, firmamos la presente en Guayama el día 19 de abril de 1905.—Atentamente, C. Domínguez y Rubio. Abogados de José Guzmán y Aureliano Ortiz.—Yo, Charles E. Foote, Juez de la Corte de Distrito de Guayama, *Certifico*: que las preguntas, resoluciones y excepciones tomadas, que se consignan en el presente pliego de excepciones, fueron las que en realidad se hicieron, resolvieron y excepcionaron, y en su virtud apruebo este pliego de excepciones.— Charles E. Foote.''

Los apelantes no han comparecido ante esta Corte Suprema á sostener esas excepciones, y es de notar que al interponer el recurso lo hicieron por el solo fundamento de considerar exageradas las penas que les fueron impuestas.

Examinadas esas excepciones, encontramos no aparece que afecten en modo alguno á derechos sustanciales de los acusados, y por tanto no debemos parar mientes en ellas, ajustándonos al precepto del artículo 362 del Código de Enjuiciamiento Criminal.

Además, las penas que los apelantes estiman excesivas han sido impuestas por el juez en uso de su facultad discrecional dentro del límite establecido por la ley, y no se ha demostrado que haya abusado de dicha facultad.

Entendemos, pues, que la corte sentenciadora se ha ajustado á derecho en la sustanciación y resolución del juicio, y procede, en su consecuencia, la confirmación del fallo apelado, con las costas del recurso á los apelantes.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.